IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

December 3, 2025

| | | |
|---|---|---|
| WILLIAM ALEXANDER ALFARO BARRERA, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Case No. 25-cv-01284-JD |
| SCARLET GRANT, et al., | ) ) ) | |
| Respondents. | ) | |

**<u>ENTER ORDER:</u>**

      The Court is in receipt of the government's Notice to the Court advising Petitioner William Alexander Alfaro Barrera has applied for voluntary departure in lieu of removal and that an Immigration Judge has granted his application. [Doc. No. 12]. The Notice further advises Respondents' plan to manifest Petitioner Barrera's removal on December 5, 2025. *Id.*

      The Court ORDERS the government to file proof of Barrera's actual departure within five (5) days of December 5, 2025, or to otherwise provide notice of modified disposition. The Court further ORDERS Petitioner to file any objections/opposition to dismissal for mootness within seven (7) days of today or by December 10, 2025.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

                                            JOAN KANE, CLERK

                                            By:  */s/ Nyssa Vasquez-Morrow*
                                                             Deputy Clerk